IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| George Archer, | ) | C.A. No.: 6:26-cv-01644-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT OF SERVICE** |
| | ) | |
| The Prudential Insurance Company of America, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The attached is proof of service of the Summons, Complaint, and Answers to Local Rule

26.01 Interrogatories upon Defendant.

Acknowledged by:    s/ M. Leila Louzri
M. Leila Louzri, Esq.
Federal Bar #:  12007
**FOSTER LAW FIRM, LLC**
25 Mills Avenue
Greenville, SC 29605
(864) 242-6200
(864) 233-0290 (facsimile)
E-mail:  mllouzri@fosterfoster.com

Date: May 26, 2026                    Attorneys for Plaintiff

Page 1 of 1