# HAYNSWORTH SINKLER BOYD

HAYNSWORTH SINKLER BOYD, P.A.
ONE NORTH MAIN STREET, 2ND FLOOR
P.O. BOX 2048 (29602)
GREENVILLE, SOUTH CAROLINA 29601
MAIN  864.240.3200
FAX  864.240.3300
www.hsblawfirm.com

**J. DERRICK QUATTLEBAUM**
DIRECT 864.240.3249
dquattlebaum@hsblawfirm.com

May 29, 2026

**<u>VIA EMAIL ONLY</u>**
M. Leila Louzri
Foster Law Firm, LLC
25 Mills Avenue
Greenville, South Carolina 29605

Re:     *George Archer v. The Prudential Insurance Company of America*
         Civil Action No. 6:26-cv-01644-JDA

Dear Leila:

This letter is to confirm that you graciously agreed to provide Prudential with an additional 21 days to answer, move or otherwise respond to Plaintiff's Complaint in the above-referenced case.  By my calculations, Prudential's response will be due by June 30, 2026.  Thank you for your courtesy.

Sincerely,

HAYNSWORTH SINKLER BOYD, P.A.

*s/ J. D. Quattlebaum*
J. D. Quattlebaum (Fed Bar #5252)

JDQ/sac


I HEREBY AGREE TO THE EXTENSION

*s/ M. Leila Louzri*
M. Leila Louzri (Fed Bar #12007)